UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DWAYNE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 14-2554** |
| **TENSAS DETENTION CENTER** | **SECTION: "G"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the Petitioner, Dwayne Williams's petition for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this   1st   day of October, 2015.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**